# United States District Court

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MOOSE MOSS PRESS, LLC,<br>    Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 17-C-0123 |
| ENVISION PHARMACEUTICAL<br>SERVICES, LLC d/b/a ENVISION RX,<br>    Defendant | |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
|     March 2, 2017 | Jon W. Sanfilippo |
| Date | Clerk |
| | s/ D. Monroe |
| | (By) Deputy Clerk |